IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>AMBER MODLIN,<br><br>           Defendant. | **4:12CR3121**<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at her revocation hearing scheduled for March 24, 2017 at 10:00 a.m. before Judge John M. Gerrard.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

February 23, 2017.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge