IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>AMBER MODLIN,<br><br>               Defendant. | 4:12CR3121<br><br>ORDER |

Defendant's unopposed request for release is granted, and Defendant is released subject to the following:

1) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

2) Defendant shall fully participate in treatment as recommended at Horizon in Hastings, Nebraska.

3) Defendant shall fully participate in a mental health evaluation and any recommended treatment.

March 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge